IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| ASTRAZENECA LP and ASTRAZENECA AB, <br><br> Plaintiffs, <br><br> v. <br><br> IVAX PHARMACEUTICALS, INC., <br><br> Defendant. | ) ) ) ) ) CIVIL ACTION NO. 05-5142 (RMB)(AMD) ) ) ) ) ) ) ) ) |

## JOINT STIPULATION AND ~~PROPOSE~~D ORDER

**WHEREAS**, during the July 24, 2008 Pretrial Conference, it was agreed that plaintiffs AstraZeneca LP and AstraZeneca AB (collectively "AstraZeneca") and defendant Ivax Pharmaceuticals, Inc. ("Ivax") would confer on pretrial stipulated facts, exhibit objections, and proposed pretrial findings of fact and conclusions of law;

**WHEREAS**, it was agreed at the Pretrial Conference that the stipulated facts, revised exhibit objections and proposed pretrial findings of fact and conclusions of law would be filed by August 29, 2008;

**WHEREAS**, the parties need additional time to prepare and confer on the stipulated facts, exhibit objections and proposed pretrial findings of fact and conclusions of law;

**IT IS HEREBY STIPULATED AND AGREED**, subject to the approval and Order of the Court, that the parties shall abide by the following schedule:

| Activity | Last Date For Activity |
|---|---|
| AstraZeneca responds to Ivax's proposed pretrial stipulated facts, and proposes revised or additional stipulated facts | August 8, 2008 |
| Ivax responds to AstraZeneca's August 8 response regarding proposed pretrial stipulated facts | August 22, 2008 |
| Parties confer on trial exhibit objections | September 3, 2008 |
| Parties exchange proposed pretrial findings of fact and conclusions of law | September 4, 2008 |
| Parties file supplement to Joint Final Pretrial Order, including revised stipulated facts, exhibit objections, and proposed pretrial findings of fact and conclusions of law | September 15, 2008 |

**AGREED TO AND STIPULATED BY:**

Dated: July 30, 2008

By: /s/ Neil C. Schur /AMS
Neil C. Schur
STEVENS & LEE, P.C.
A PA Professional Corporation
1415 Marlton Pike East, Suite 506
Cherry Hill, New Jersey 08034
(856) 354-9200

Annemarie Hassett
Keith A. Zullow
GOODWIN PROCTER LLP
599 Lexington Avenue
New York, New York 10022
(212) 813-8800

*Attorneys for Defendant*
*Ivax Pharmaceuticals, Inc.*

Dated: July 30, 2008

By: /s/ Andrew T. Berry /AMS
Andrew T. Berry
Jonathan M.H. Short
McCARTER & ENGLISH, LLP
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102-4096
(973) 622-4444

Denise L. Loring
Christopher J. Harnett
Pablo D. Hendler
ROPES & GRAY LLP
1211 Avenue of the Americas
New York, New York 10036
(212) 596-9000

*Attorneys for Plaintiffs*
*AstraZeneca LP and AstraZeneca AB*

2

ME1 7592857v.1

**SO ORDERED:**

Dated:    8/6/08

/s/ Ann Marie Donio
Honorable Ann Marie Donio
United States Magistrate Judge

3

ME1 7592857v.1