# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

|   |   |
|---|---|
| ASTRAZENECA LP and ASTRAZENECA AB, <br><br> Plaintiffs, <br><br> v. <br><br> IVAX PHARMACEUTICALS, INC., <br><br> Defendant. | CIVIL ACTION NO. 05-5142 (RMB)(AMD) |

## JOINT STIPULATION AND PROPOSED ORDER

**WHEREAS**, the Court held a Pretrial Conference on July 24, 2008 for plaintiffs AstraZeneca LP and AstraZeneca AB (collectively "AstraZeneca") and defendant Ivax Pharmaceuticals, Inc. ("Ivax");

**WHEREAS**, during the Pretrial Conference, the Court addressed certain issues and objections raised in the parties' Joint Final Pretrial Order, dated July 23, 2008 ("Pretrial Order");

**WHEREAS**, the parties made certain agreements and representations during the Pretrial Conference;

**WHEREAS**, the parties' JOINT STIPULATION AND PROPOSED ORDER dated July 30, 2008, incorporates the parties' agreements, subject to the Court's approval, concerning the exchange of stipulated facts, revised exhibit objections, and pretrial Proposed Findings of Fact and Conclusions of Law, and amendment of the Pretrial Order accordingly;

**IT IS HEREBY STIPULATED AND AGREED**, subject to the approval and Order of the Court, that:

1. During trial, for any given witness only one lawyer for a party may examine that witness on direct, and only one lawyer from the opposing party may examine that witness on cross;

2. AstraZeneca will provide Ivax with a more detailed statement of the proposed trial testimony of Mario Cruz-Rivera (*see* Pretrial Order, Tab 3, p. 4), and will provide Dr. Cruz-Rivera for deposition within the confines of that statement at a time and place that is convenient for counsel and Dr. Cruz-Rivera;

3. If Ivax seeks to limit or preclude the trial testimony of Zahir Ladhani, Kathleen Sedgeley or John Sluk as being beyond the scope of AstraZeneca's Rule 26 initial disclosures, Ivax must do so by formal motion, filed by August 7, 2008;

4. Ivax withdraws its Fed. R. Civ. P. 26(a)(1)(A)(i) objections to AstraZeneca witnesses Bertil Andersson, Gerard O'Malley and Kathleen O'Conner Ververeli (*see* Pretrial Order, Tab 4, pp. 1, 4, 8-9);

5. AstraZeneca withdraws its Fed. R. Civ. P. 26(a)(1)(A)(i) objections to Ivax witnesses Corinne Hogan and Patricia Jaworski (*see* Pretrial Order, Tab 6, pp. 3-4);

6. A party seeking to prevent public disclosure of confidential information in the Pretrial Order may electronically file a redacted proposed Final Pretrial Order and a motion to seal the unredacted Final Pretrial Order, such motion [to be filed no later than 9/15/08 and] to be accompanied by a letter advising the Court that the opposing party does not object to the sealing and that both parties agree that the redacted material is confidential pursuant to the Protective Order in this matter; and

7. The parties shall appear before the Court for a conference to resolve any outstanding pretrial issues at such time as the Court directs after the September 23, 2008 oral argument.

*[initials] 8/15/08*

**AGREED TO AND STIPULATED BY:**

Dated: August 13, 2008

By: _____
Neil C. Schur
STEVENS & LEE, P.C.
A PA Professional Corporation
1415 Marlton Pike East, Suite 506
Cherry Hill, New Jersey 08034
(856) 354-9200

Annemarie Hassett
Keith A. Zullow
GOODWIN PROCTER LLP
599 Lexington Avenue
New York, New York 10022
(212) 813-8800

*Attorneys for Defendant*
*Ivax Pharmaceuticals, Inc.*

Dated: August 12, 2008

By: _____
Andrew T. Berry
Jonathan Short
McCARTER & ENGLISH, LLP
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102-4096
(973) 622-4444

Denise L. Loring
Christopher J. Harnett
Pablo D. Hendler
ROPES & GRAY LLP
1211 Avenue of the Americas
New York, New York 10036
(212) 596-9000

*Attorneys for Plaintiffs*
*AstraZeneca LP and AstraZeneca AB*

**SO ORDERED:**

Dated: 8/15/08

_____
Honorable Ann Marie Donio
United States Magistrate Judge

3