
**McCARTER & ENGLISH**
ATTORNEYS AT LAW

December 11, 2008

**VIA OVERNIGHT DELIVERY**

Hon. Renee Marie Bumb, U.S.D.J.
U.S. District Court for the District of New Jersey
Mitchell H. Cohen Federal Building & U.S. Courthouse
4th & Cooper Streets
Camden, New Jersey 08101

RECEIVED IN
CHAMBERS OF

DEC 1 2 2008

RENÉE MARIE BUMB, U.S.D.J.

Andrew Berry
Partner
T. 973.639.2097
F. 973.297.3952
aberry@mccarter.com

McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
T. 973.622.4444
F. 973.624.7070
www.mccarter.com

BOSTON

HARTFORD

NEW YORK

NEWARK

PHILADELPHIA

STAMFORD

WILMINGTON

Re: **AstraZeneca LP and AstraZeneca AB v. IVAX Pharmaceuticals, Inc.**
    **Civil Action No. 05 CV 05142 (RMB) (AMD)**

Dear Judge Bumb:

This Firm represents plaintiffs AstraZeneca LP and AstraZeneca AB ("Plaintiffs") in the above-referenced matter.

Pursuant to the new Policy on the Electronic Availability of Transcripts of Court Proceedings, the transcript of the November 19, 2008, hearing on Plaintiffs' motion for a temporary restraining order before Your Honor (the "Transcript") will be made publicly available for download through PACER on February 17, 2009. Portions of the Transcript contain Plaintiffs' confidential and proprietary information, including trade secret and financial information. Plaintiffs therefore seek to redact those portions before the Transcript is available on PACER. Pursuant to counsel's December 10, 2008, phone call with Chambers, we submit this letter request to redact in lieu of a more formal motion.

Public disclosure of the Transcript will provide Plaintiffs' competitors with unauthorized access to Plaintiffs' confidential trade secrets and other confidential, proprietary, and financial information, thereby conferring upon Plaintiffs' competitors an improper and unfair competitive advantage. Plaintiffs will suffer both competitive injury and unwarranted effects if the Court does not redact the portions of the Transcript that contain this sensitive information. There is no less restrictive alternative to redacting these confidential portions of the Transcript, and Plaintiffs submit herewith a redacted version (the "Redacted Transcript") for inclusion on the court's public docket.

ME1 7958601v.2

Honorable Renee M. Bumb
December 11, 2008
Page 2

For the foregoing reasons, Plaintiffs respectfully request that the Court order the redactions to the Transcript contained in the enclosed Redacted Transcript.

Respectfully Submitted,

*/s/ Andrew T. Berry*

Andrew T. Berry

Enclosure

cc:   The Hon. Ann Marie Donio, U.S.M.J. (w/ encl. via overnight mail)
      All Counsel of Record (w/ encl. via e-mail)

SO ORDERED:

Dated: 1/22/09

*/s/ Renee Marie Bumb*
Hon. Renee Marie Bumb, U.S.D.J.

The redacted transcript will be filed in the format attached to this letter no earlier than February 17, 2009.

ME1 7958601v.2